IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CAUDILL TRUCKING, LLC, B&M TRUCKING, INC. and GRIZZLY RESOURCES, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>CASCADE TRADER, INC., FAE USA INC., and JOHN DOES 1-5,<br><br>Defendants. | CV 23-24-BLG-SPW-TJC<br><br>ORDER |

Upon the Joint Stipulation for Dismissal with Prejudice (Doc. 26) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

DATED this 20th day of June, 2023.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1